[No. 12261-1-III.   Division Three.   August 24, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE ROSS
THORNE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 91-8-00023-0, John M. Lyden, J., entered February 6, 1992. *Remanded* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 14826-9-II.   Division Two.   August 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL
BREITENSTEIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00483-0, Robert L. Harris, J., entered March 28, 1991. *Affirmed* by unpublished opinion per Green, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 15232-1-II.   Division Two.   August 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR
MONROE NEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-10363-7, Thomas L. Lodge, J., entered August 12, 1991. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Morgan, J., and Green, J. Pro Tem.